UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

       v.

DAVID ORTIZ TINO,

                    Defendant.

CASE NO. MJ26-75

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with Reentry of a Removed Alien. The Court finds Defendant is a serious risk to serious risk to flee and a danger to the community and that detention is appropriate for the following reasons. Defendant indicates he moved to this district about four months ago. His residence has not been verified. Before moving to this District, Defendant appears to have lived in Nebraska. While living there he was convicted of several offenses in assault and child neglect. In March of 2025, Defendant was charged with assault in the fourth degree and exposing a child to domestic violence. Defendant posted bail but a warrant was

DETENTION ORDER - 1

issued in June 2025 when he failed to appear for a court hearing. Defendant was also charged with violation of a protection order and a warrant was issued in this matter in June 2025 for failure to appear for a court hearing. In January 2026, Defendant was convicted of making a false statement of a public service and spent a day in jail on a suspended sentence. Defendant's criminal history, warrant history, and charges while on release indicate he is a risk to flee and will not abide by conditions of release.

According to the pretrial report, Defendant has multiple alias names and dates of birth.

Defendant has a lengthy criminal history. He has six pending warrants for arrest for failing to appear for court hearings in six separate cases. His tribal court criminal history also shows a pattern for nonappearance and numerous arrests.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 17th day of February, 2026.

DETENTION ORDER - 2

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 3